

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KEVIN DARNELL SMITH,<br>Defendant. | Case No. CR 12-94-GW<br>ORDER OF DETENTION<br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On December 16, 2016, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by this Court. Defendant was represented by Deputy Federal Public Defender Ashfaq Chowdhury.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, and the allegations in the Violation Petition. The Government has requested that defendant be detained pending a supervised release revocation hearing based on risk of flight and danger to the community.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ Allegations in petition include positive drug use tests for marijuana, failing to report for drug testing and failing to participate in court ordered mental health treatment on multiple dates during the period January 2014 to April 2014, and arrest and conviction for cultivation of marijuana in April 2014.
- ☒ no economic ties to the Central District of California
- ☒ history of substance abuse
- ☒ prior probation violations
- ☒ insufficient bail resources

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ extensive criminal history and history of non-compliance
- ☒ allegations in the violation petition
- ☒ history of substance abuse
- ☒ subsequent arrest and conviction while on supervised release
- ☒ alleged gang ties.

### III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: December 19, 2016

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE