# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>KEVIN DARNELL SMITH,  )<br>  )<br>    Defendant.  )<br>  )<br>_____) | CASE NO. CR 12-94-GW<br><br>**AMENDED** JUDGMENT REVOKING AND REINSTATING SUPERVISED RELEASE AND COMMITMENT ORDER |

    On January 5, 2017 and January 12, 2017, attorney for the Government, Max B. Shiner, U.S. Probation Officer Kristie Rzonca and the defendant appeared in person with appointed counsel, Neha A. Christerna, DFPD; and the defendant, after having been advised of the six-count allegations contained in the Petition on Probation and Supervised Release filed May 12, 2014 and January 3, 2017, admitted to the truthfulness of allegations one, two, three, five and six.

    Whereas, the Defendant has admitted that he violated the conditions of Supervised Release Orders imposed on July 19, 2012, the Court finds the Defendant in violation of his Supervised Release order.

//

IT IS THE JUDGMENT OF THE COURT, that defendant's period of supervised released is revoked and Defendant is sentenced to the custody of the Bureau of Prisons, to be imprisoned for a term of TIME SERVED. Defendant will be released forthwith. Defendant shall be placed on supervised release for a term of 12 months under the same terms and conditions as previously imposed with the following modification: (1) Defendant shall reside for a period not to exceed 8 months in a residential reentry center (pre-release component), as directed by the Probation Officer and shall observe the rules of that facility. The subsistence fees shall be waived.

The Government's request to dismiss allegation four is granted.

IT IS ORDERED that the Clerk deliver a copy of this judgment and Probation/Commitment Order to the U.S. Marshal and the U.S. Probation Office.

DATE: January 12, 2017

_____

GEORGE H. WU

UNITED STATES DISTRICT JUDGE

FILED:
KIRY K. GRAY, CLERK

by Javier Gonzalez
    Deputy Clerk