FILED
CLERK, U.S. DISTRICT COURT

JUN 26 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-CR-00094-GW |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| Kevin Darnell Smith, ) | Allegations of Violations of Probation/Supervised Release Conditions) |
| Defendant. ) | |

    On arrest warrant issued by the United States District Court for the   CDCA   involving alleged violations of conditions of probation/supervised release:

    1.    The court finds that no condition or combination of conditions will reasonably assure:

        A.    (✓) the appearance of defendant as required; and/or

        B.    (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

    A.  (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

    _____

    _____

    _____

    _____

    B.  (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____

    _____

    _____

    _____

IT IS ORDERED that defendant be detained.

DATED: 6/26/2023

                                              _____
                                              HONORABLE JACQUELINE CHOOLJIAN
                                              United States Magistrate Judge